MARVIN CURTIS GASTON, Appellant, *v.* SHERIFF, CLARK COUNTY, NEVADA, Respondent.

No. 9982

November 17, 1977                    570 P.2d 1142

*Robert E. Wolf,* Las Vegas, for Appellant.

*Robert List,* Attorney General, Carson City; *George E.*

---

*Holt,* District Attorney, and *H. Leon Simon,* Deputy District Attorney, Clark County, for Respondent.

## OPINION

*Per Curiam:*

On the authority of, and for the same reasons stated in, Hyler v. Sheriff, 93 Nev. 561, 571 P.2d 114 (1977), we affirm the district court's order denying appellant's petition for a writ of habeas corpus.